IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADRIAN PURNELL, #228442, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO.  2:12cv1045-TMH |
| | )               (WO) |
| STATE OF ALABAMA, | ) |
| | ) |
|    Defendant. | ) |

**OPINION and ORDER**

On December 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's § 1983 claims be and are hereby DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3. The plaintiff's challenge to the constitutionality of his conviction and/or sentence under which he is currently incarcerated be and is hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time; and

4. This case be and is  hereby DISMISSED prior to service of process.

Done this the 30th day of January, 2013

                                               /s/ Truman M. Hobbs
                                             TRUMAN M. HOBBS
                                             SENIOR UNITED STATES DISTRICT JUDGE